UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNERWORLD CORPORATION,

    Plaintiff,

                        File No. 1:09-CV-1124

v.

                        HON. ROBERT HOLMES BELL

NED TIMMER and PETER LAZOR,

    Defendants.
                                         /

## **MEMORANDUM OPINION AND ORDER**

      This matter comes before the Court on Plaintiff CornerWorld Corporation's statement of attorneys' fees. (Dkt. No. 91.) At the show cause hearing on August 25, 2010, the Court advised that it wanted "some costs" paid by Mr. VanderVeen and his law firm as a result of the Mr. VanderVeen's improvident filing of the litigation captioned *Timmer v. Woodland Holdings Corp.* in the Ottawa County Circuit Court. (Dkt. No. 94, Tr. of 08/25/2010 Show Cause Hr'g 33.) The Court directed CornerWorld to submit documentary evidence of the costs incurred as a result of the state court litigation. (*Id.*) The Court asked counsel for CornerWorld to be conservative in its estimate of the costs incurred, and the Court further advised that it might pare the costs back. (*Id.* at 32-33.)

      In response to the Court's directive, CornerWorld has submitted documentation that it incurred $10,658.50 in fees associated with the removal of the state court litigation and an additional $23,355.00 in fees associated with the petition for an order of contempt.

The costs incurred by CornerWorld are anything but conservative. They far exceed what was minimally necessary to address the filing of the state court litigation. Accordingly,

**IT IS HEREBY ORDERED** that if Mr. VanderVeen provides evidence that he has paid counsel for CornerWorld $2,000.00 within ten days of this order, the Court will purge his contempt.


Dated: September 9, 2010 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE